JOHN WORKMAN

v.

F. M. NEAL.

*Injury to Personal Property—Jurisdiction of Justice.*

A Justice of the Peace has jurisdiction of an action to recover damages for an injury to personal property.

[Opinion filed November 20, 1886.]

APPEAL from the Circuit Court of Sangamon County; the Hon. JAMES A. CREIGHTON, Judge, presiding.

Mr. N. M. BROADWELL, for appellant.

Messrs. PATTON & HAMILTON, for appellee.

*Per Curiam.* This was a suit before a Justice of the Peace to recover damages for injury to personal property, and was dismissed by the Circuit Court upon appeal, on the ground that the justice had no jurisdiction of the subject-matter. We think this was error, for reasons stated in the opinion filed in Skinner et al. v. Morgan, decided at this term. See also C. & A. R. R. Co. v. Calkins, 17 Ill. App. 56.

*Reversed and remanded.*